## PATRICK ROBERTSON, TRADING UNDER THE NAME OF PATRICK ROBERTSON & CO.

### v.

### JAMES AND FRANCIS LASSELLE

#### 1807

#### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . *Journal, infra,* *p.  52
2. Rule to bring in bodies . . . . . . . . . . "  54
3. Rule enlarged . . . . . . . . . . . . "  56
4. Rule enlarged . . . . . . . . . . . . "  58

5. Appearance; commitment . . . . . . . *Journal, infra, * \*p. 59
6. Rule to plead . . . . . . . . . . . " 62
7. Plea; replication; issue; continuance . . . . . . " 86
8. Abatement . . . . . . . . . . . . . " 128

### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . .